## YOU HEUNG, Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Ninth Circuit.
November 4, 1929.

No. 5805.

Frank J. Hennessy, of San Francisco, Cal., for appellant.

George J. Hatfield, U. S. Atty., and Lucas E. Kilkenny, Asst. U. S. Atty., both of San Francisco, Cal.

Before RUDKIN, DIETRICH, and WILBUR, Circuit Judges.

DIETRICH, Circuit Judge. The record in this case is in every material respect identical with that considered in No. 5804, Wong Hop v. United States (C. C. A.) 35 F.(2d) 596, this day decided, and herein the same direction is given to the court below as was given in that case.